# Exhibit B

AHC-218

# Aurora Health Care®

PO Box 091700
Milwaukee, WI 53209-8700

If you have a question on your statement, please call:
Toll Free 800-326-2250 Mon - Fri, 8:30 am - 5:00 pm
En Español por favor llamar al 866-629-6033

**If paying by credit card, fill out below**

Check credit card using for payment  ☐ MasterCard  ☐ Discover Network  ☐ VISA  ☐ American Express

Card Number

Signature                               Exp. Date

Print Name

| Bill Date | Invoice Number | Account Number | Pay This Amount |
|---|---|---|---|
| 05/15/2014 | 7012 | 2431 | $22,062.83 |

Pay your bill by phone 24 hours a day, 7 days a week at 800-326-2250

Show Amount Paid Here  $

### Addressee

K████ M████
999 E MICHIGAN AVE
OAK CREEK WI 53154-2245

Page 1 of 1

### Please make checks payable and remit to:

AURORA HEALTH CARE
PO BOX 091700
MILWAUKEE WI 53209-8700

7012  051514  2431  0002206283  4

---

Document Code: P-DZRBH-36269-SJPPTQ                Please detach and return top portion with payment.

| Account Number | Account Name | Bill Date | Due Date |
|---|---|---|---|
| 2431 | K████ M████ | 05/15/2014 | Upon Receipt |

| DATE | DESCRIPTION | CHARGES | PAYMENTS/ ADJUSTMENTS | INSURANCE PENDING | PATIENT BALANCE |
|---|---|---|---|---|---|
| Previous Visit Balance - Visit # ████ - Date of Service - 2/12/2014 to 2/19/2014 - K████ M████ | | | | | |
| | CURRENT TOTAL VISIT BALANCE | | | $0.00 | $20,652.63 |
| Previous Visit Balance - Visit # ████ - Date of Service - 2/12/2014 to 2/19/2014 - K████ M████ | | | | | |
| | CURRENT TOTAL VISIT BALANCE | | | $0.00 | $1,410.20 |

If you are experiencing financial hardship or are looking for help in determining if you qualify for any Aurora Health Care financial assistance programs, please contact 1-800-326-2250. Program eligibility is based on income and family size. You may be asked to complete an application and supply additional documents to determine which program best suits your needs.

**Message:**
Your account is seriously past due. Please call Customer Service today to avoid referral to an outside collection agency!

**Please Pay This Amount**

$22,062.83

If you have a question on your statement, please call toll free: 800-326-2250 Mon - Fri, 8:30 am - 5:00 pm
En Español por favor llamar al 866-629-6033 Mon - Fri, 8:30 am - 5:00 pm

If you have any questions, or updates to your information, please call the Patient Contact Center at 800-326-2250.
Or contact us via email at customerservice@aurora.org.
Se Habla Español 866-629-6033

- If you are having difficulty paying your bill, call 1-800-326-2250 as soon as you receive your statement. We will help you with payment arrangements.

- We have Financial Advocates trained to assess your individual situation and recommend specific assistance programs. Our Financial Advocates are located in all of our hospitals and at many of our clinics.

- If you do not have health insurance and your family income is below 250% of the Federal Poverty Level (FPL)* you may be eligible for our Helping Hand financial assistance program. Please view the chart below to determine if you meet the income guidelines for Helping Hand financial assistance.

| Family Size | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| If income level below | $29,175 | $39,325 | $49,475 | $59,625 | $59,625 | $69,775 | $79,925 | $90,075 | $110,375 | $130,525 |

*A measure of income level issued annually by the Department of Health and Human Services. Federal poverty levels are used to determine your eligibility for certain programs and benefits.

- You can learn more about Aurora's Financial Programs by visiting our website at www.aurorahealthcare.org/helpinghand or www.Aurorahealthcare.org/CollectionProcess or by calling 800-326-2250. The following free information is available to you:
  - Our Financial Assistance brochure and Patient Financial Responsibility brochure-available in English or Spanish.
  - Aurora's Collection and Financial Assistance Policies.

### Electronic Check Conversion

When you pay your bill by check, you authorize us to use the information from your check to make a one-time electronic funds transfer from your account; when we process your check electronically, you may not receive your check back from the bank.



Sign up now
Pay your bills online at
Aurora.org/myAurora