# Exhibit C



# Aurora Health Care®

PO Box 091700
Milwaukee, WI 53209-8700

AHC-218

If you have a question on your statement, please call:
Toll Free 800-326-2250 Mon - Fri, 8:30 am - 5:00 pm
Our email address is: customerservice@aurora.org
En Español por favor llamar al 866-629-6033

**If paying by credit card, fill out below**

Check credit card using for payment: ☐ MasterCard ☐ Discover ☐ VISA ☐ American Express

Card Number

Signature | Exp. Date

Print Name

| Bill Date | Account Number | Pay This Amount | Amount Paid |
|---|---|---|---|
| 08/07/2014 | 1188 | $1,195.65 | |

@ Pay your bill online by going to Aurora.org/mychart or call 800-326-2250

**Addressee**

JENNIFER MYERS
999 E MICHIGAN AVE
OAK CREEK WI 53154-2245

Page 1 of 1

**Please make checks payable and remit to:**

AURORA HEALTH CARE
PO BOX 091700
MILWAUKEE WI 53209-8700

5875 080714    1188 0000119565 9

---

Document Code: P-KNWLG-42647-BPXBGF

Please detach and return top portion with payment.

| Account Number | Account Name | Bill Date | Due Date |
|---|---|---|---|
| 1188 | JENNIFER MYERS | 08/07/2014 | Upon Receipt |

| DATE | DESCRIPTION | CHARGES | PAYMENTS/ ADJUSTMENTS | INSURANCE PENDING | PATIENT BALANCE |
|---|---|---|---|---|---|
| | Previous Visit Balance - Visit # ▮▮▮ - Date of Service - 5/3/2014 - K▮▮▮ M▮▮▮ | | | | |
| | **CURRENT TOTAL VISIT BALANCE** | | | $0.00 | $854.10 |
| | Previous Visit Balance - Visit # ▮▮▮ - Date of Service - 5/3/2014 - K▮▮▮ M▮▮▮ | | | | |
| | **CURRENT TOTAL VISIT BALANCE** | | | $0.00 | $63.80 |
| | Previous Visit Balance - Visit # ▮▮▮ - Date of Service - 5/11/2014 - K▮▮▮ M▮▮▮ | | | | |
| | **CURRENT TOTAL VISIT BALANCE** | | | $0.00 | $277.75 |

If you are experiencing financial hardship or are looking for help in determining if you qualify for any Aurora Health Care financial assistance programs, please contact 1-800-326-2250. Program eligibility is based on income and family size. You may be asked to complete an application and supply additional documents to determine which program best suits your needs.

**Message:**
Your account is seriously past due. Please call Customer Service today to avoid referral to an outside collection agency!

**Please Pay This Amount**

$1,195.65

If you have a question on your statement, please call toll free: 800-326-2250 Mon - Fri, 8:30 am - 5:00 pm
En Español por favor llamar al 866-629-6033 Mon - Fri, 8:30 am - 5:00 pm

Case 2:15-cv-00965-PP   Filed 08/13/15   Page 2 of 3   Document 1-3

Please do not write on the back of this coupon.

How to contact us about a change in your address, insurance information or other topics:

By phone: 800-326-2250

By e-mail: customerservice@aurora.org

By mail: Aurora Health Care
3301 W. Forest Home Avenue
Milwaukee, WI 53215
**(Do not send payments to this address)**

---

If you have any questions, or updates to your information, please call the Patient Contact Center at 800-326-2250.
Or contact us via email at **customerservice@aurora.org**.
Se Habla Español 866-629-6033

- If you are having difficulty paying your bill, call 1-800-326-2250 as soon as you receive your statement. We will help you with payment arrangements.

- We have Financial Advocates trained to assess your individual situation and recommend specific assistance programs. Our Financial Advocates are located in all of our hospitals and at many of our clinics.

- If you do not have health insurance and your family income is below 250% of the Federal Poverty Level (FPL)* you may be eligible for our Helping Hand financial assistance program. Please view the chart below to determine if you meet the income guidelines for Helping Hand financial assistance.

| Family Size | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| If income level below | $29,175 | $39,325 | $49,475 | $59,625 | $59,625 | $69,775 | $79,925 | $90,075 | $110,375 | $130,525 |

*A measure of income level issued annually by the Department of Health and Human Services. Federal poverty levels are used to determine your eligibility for certain programs and benefits.

- You can learn more about Aurora's Financial Programs by visiting our website at **www.aurorahealthcare.org/helpinghand** or **www.Aurorahealthcare.org/CollectionProcess** or by calling 800-326-2250. The following free information is available to you:
  - Our Financial Assistance brochure and Patient Financial Responsibility brochure available in English or Spanish.
  - Aurora's Collection and Financial Assistance Policies.

---

**Electronic Check Conversion**

When you pay your bill by check, you authorize us to use the information from your check to make a one-time electronic funds transfer from your account; when we process your check electronically, you may not receive your check back from the bank.

---



Sign up now
Pay your bills online at
Aurora.org/myAurora