# UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

JENNIFER MYERS, individually and on behalf
of all others similarly situated,

       Plaintiff,

  v.                                               Case No. 15-cv-965

AMERICOLLECT, INC. and
AURORA HEALTH CARE, INC.,

       Defendants.

## ORDER WITHDRAWING PLAINTIFF'S CLASS ALLEGATIONS

**NOW,** based upon the parties' Stipulation to Withdraw Plaintiff's Class Allegations;

**IT HEREBY IS ORDERED** that (i) all of the class allegations in Plaintiff's Class Action Complaint (Dkt. #1) are withdrawn and this case will proceed as an individual action only, (ii) Plaintiff and Plaintiff's counsel will not pursue the above-captioned case as a class action in the future, and (iii) Plaintiff will not amend her pleadings to try to revive class allegations or change the class definition in the Class Action Complaint.

                                              **BY THE COURT:**

                                              Honorable Pamela Pepper
                                              District Court Judge