UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

Jennifer Myers

    **Plaintiff,**

  v.              **Case No.** 15-C-965

Americollect, Inc. and
Aurora Health Care, Inc.,

    **Defendants.**

---

## SETTLEMENT CONFERENCE MINUTES

---

### HONORABLE WILLIAM E. CALLAHAN, JR. PRESIDING

DATE: February 17, 2017

TIME COMMENCED: 9:30 AM      TIME CONCLUDED: 12:30 PM

APPEARANCES:

  PLAINTIFF - Attorney John D. Blythin

  DEFENDANT - Attorneys Grant C. Killoran and David M. McDorman

Mediation resulted in the settlement of this case. Consequently, this case will be referred back to Judge Pamela Pepper for entry of final judgment of dismissal upon the parties' executing all appropriate settlement documents.

So Ordered.