# UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

JENNIFER MYERS, individually and on behalf
of all others similarly situated,

        Plaintiff,

   v.                              Case No. 15-cv-965-pp

AMERICOLLECT, INC. and
AURORA HEALTH CARE, INC.,

        Defendants.

## STIPULATION TO DISMISS

The parties, by their counsel listed below, stipulate and agree as follows:

**WHEREAS,** the parties resolved the remaining issues in this case at mediation before Magistrate Judge William Callahan on February 16, 2017;

**NOW, THEREFORE,** the parties stipulate and agree that this case shall be dismissed by the Court with prejudice and on the merits, without an award of costs or fees to any party.

<u>SO AGREED</u>:

Dated this 11th day of April, 2017.

**ADEMI & O'REILLY, LLP**
Attorneys for Plaintiff

By: /s/ John D. Blythin
Shpetim Ademi
John D. Blythin
Mark A. Eldridge
Denise L. Morris
3620 East Layton Avenue
Cudahy, WI 53110
(414) 482-8000
sademi@ademilaw.com
jblythin@ademilaw.com
meldridge@ademilaw.com
dmorris@ademilaw.com

**O'NEIL, CANNON, HOLLMAN, DEJONG & LAING S.C.**
Attorneys for Defendant Aurora Healthcare, Inc.

By: /s/ Grant C. Killoran
Grant C. Killoran
Douglas P. Dehler
Christa D. Wittenberg
111 East Wisconsin Avenue, Suite 1400
Milwaukee, WI 53202
(414) 276-5000
grant.killoran@wilaw.com
doug.dehler@wilaw.com
christa.wittenberg@wilaw.com

**MCDORMAN LAW OFFICE**
Attorneys for Defendant Americollect, Inc.

By: /s/ David McDorman
David McDorman
2923 Marketplace Drive, Suite 100
Fitchburg, WI 53719-5320
(608) 271-2202
david@mcdormanlaw.com